1    GIA N. MARINA
     Nevada Bar No. 15276
2    **CLARK HILL PLLC**
     1700 South Pavilion Center Drive, Suite 500
3    Las Vegas, Nevada  89135
     E-mail: gmarina@clarkhill.com
4    Telephone:  (702) 862-8300
     Facsimile:  (702) 778-9709
5    *Attorney for Defendant*
     *National Consumer Telecom & Utilities*
6    *Exchange, Inc.*

7

8            **UNITED STATES DISTRICT COURT**
               **DISTRICT OF NEVADA**
9

10   COURAGE ELKSHOULDER,

                             **Case No. 2:24-cv-02281-EJY**
11              Plaintiff,

12   vs.

13   NATIONAL CONSUMER TELECOM &        **JOINT MOTION FOR EXTENSION OF**
                                      **TIME FOR DEFENDANT NATIONAL**
14   UTILITIES EXCHANGE, INC., INNOVIS    **CONSUMER TELECOM & UTILITIES**
     DATA SOLUTIONS and CLARITY           **EXCHANGE, INC. TO FILE ANSWER**
15   SERVICES, INC.,

                                      **FIRST REQUEST**
16             Defendants.

17

18          Defendant National Consumer Telecom & Utilities Exchange, Inc. ("NCTUE") has

19   requested an extension of time to answer, move or otherwise respond to the Complaint in this

20   matter, to which Plaintiff has no opposition.  Accordingly, pursuant to LR IA 6-2, IT IS HEREBY

21   STIPULATED AND AGREED to by and among counsel, that NCTUE's time to answer, move or

22   otherwise respond to the Complaint in this action is extended from April 28, 2025 through and

23   including **May 28, 2025**.  The request was made by NCTUE so that it can have an opportunity to

24   / /

25

26

27

28

1    collect and review its internal files pertaining to the allegations in the Complaint, and Plaintiff

2    approves.  This stipulation is filed in good faith and not intended to cause delay.

3        Respectfully submitted, this 22nd day of April, 2025.

4

5    CLARK HILL PLLC

6    By:  /s/*Gia N. Marina*
     Gia N, Marina
7    1700 South Pavilion Center Drive, Suite 500
     Las Vegas, Nevada  89135
8    Telephone:  (702) 862-8300
     Facsimile:  (702) 778-9709
9    Email: gmarina@clarkhill.com
     *Attorney for Defendant National Consumer*
10   *Telecom & Utilities Exchange, Inc.*

**No opposition**

 /s/ *Gerardo Avalos*
George Haines, Esq.
Nevada Bar No. 9411
Gerardo Avalos
Nevada Bar No. 15171
FREEDOM LAW GROUP
8985 S. Eastern Ave., Suite 350
Henderson, NV 89123
Phone: (702) 880-5554
Fax: (702) 385-5518
Email: ghaines@freedomlegalteam.com
Email: gavalos@freedomlegalteam.com

*Attorneys for Plaintiff*

IT IS SO ORDERED:

United States Magistrate Judge

DATED:  April 22, 2025

- 2 -